SUPREME LODGE KNIGHTS OF HONOR, PLAINTIFF IN ERROR, v. JAMES L. JAGGERS, ADMINISTRATOR OF ELIZA J. JAGGERS, DEFENDANT IN ERROR.

Submitted December 5, 1898—Decided March 6, 1899.

On error to the Supreme Court. For opinion of the Supreme Court, see *ante p.* 96.

For the plaintiff in error, *J. Franklin Fort.*

For the defendant in error, *Samuel Kalisch.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, VAN SYCKEL, DIXON, GARRISON, LIPPINCOTT, COLLINS, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH. 11.

*For reversal*—None.